### STATE ex BETTMAN v FRANKLIN COUNTY COMMON PLEAS COURT

Ohio Supreme Court
No. 23179. Decided Oct 23, 1931

Jones, Day and Robinson, JJ, concur. Marshall, CJ, and Allen, J, dissent.

Full opinion will be published later. Watch **Omnibus Index.**

### LOWE, Guardian v UNION TRUST CO

Ohio Supreme Court
No. 22347. Decided Oct 28, 1931

Marshall, CJ, Jones, Kinkade and Robinson, JJ, concur. Matthias, J, dissents.

Full opinion will be published later. Watch **Omnibus Index.**

### COMMERCIAL & SAVINGS BANK CO, et v B. F. GOODRICH CO, et

Ohio Supreme Court
No. 22845. Decided Oct 28, 1931

Jones, Allen, Kinkade and Robinson, JJ, concur.

Full opinion wil lbe published later. Watch **Omnibus Index.**